IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER BELFI | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-4346 |
| | : | |
| THOMAS WAGNER, et al. | : | |

## **ORDER**

AND NOW, this 30th day of September, 2024, upon consideration of Defendants' Motion to Dismiss, pro se Plaintiff Alexander Belfi's Response in Opposition, Defendants' Reply, and Plaintiff's Surreply, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (ECF No. 17) is GRANTED. Plaintiff's claims for abuse of process, violations of the FDCPA and the FCEUA, tortious interference with contractual relations, negligent misrepresentation, aiding and abetting fraud and civil conspiracy, and intentional infliction of emotional distress are DISMISSED WITH PREJUDICE. Plaintiff's claim for violations of the UTPCPL is DISMISSED WITHOUT PREJUDICE.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:


   /s/ Juan R. Sánchez
Juan R. Sánchez, J.